UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carnegie Hospitality, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>Parkerose LLC et al.,<br><br>                    Defendants. | 25-CV-4869 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On **August 28, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **September 4, 2025,** at **10:00 A.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order, and a referral order to the District's Mediation Program, will issue separately.

SO ORDERED.

Dated: August 29, 2025
       New York, New York

                                                            DALE E. HO
                                               United States District Judge