**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CARNEGIE HOSPITALITY, LLC,

Plaintiffs,

<strong><u>ORDER</u></strong>

-against-

<strong>25-CV-4869 (DEH)</strong>

PARKEROSE LLC *et al.*,

Defendants.

-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled to take place on **May 5, 2026 at 10:30**

**AM**.  The conference will take place in courtroom 228 at the Thurgood Marshall

United States Courthouse located at 40 Foley Square New York, NY 10007.

SO ORDERED.

DATED:    New York, New York
          April 24, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge