**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CARNEGIE HOSPITALITY, LLC,

Plaintiff,

                -against-

PARKEROSE LLC *et al.,*

Defendants.

--------------------------------------------------------------------

**ORDER**

**25-CV-4869 (DEH)(JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A follow-up settlement conference was held on May 29, 2026. A second follow up settlement is scheduled for **June 5, 2026 at 10:30 AM** and will be held remotely via MS Teams. A link has been sent to all attorneys of record.

SO ORDERED.

DATED:     New York, New York
               June 1, 2026

                                      *Jennifer E. Willis*

                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge