



**Based on Defendants' representation that they will meet their discovery obligations by July 3, 2026, *infra* at 3, Plaintiff's motion is DENIED without prejudice to renewal should Defendants fail to make said production. The Clerk of Court is respectfully directed to terminate ECF No. 71.**

**SO ORDERED.**

**Dale E. Ho**
**United States District Judge**
**Dated: July 1, 2026**
**New York, New York**

<u>VIA ECF</u>

The Honorable Dale E. Ho
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *<u>Carnegie Hospitality, LLC v. Parkerose LLC et al</u>*, No. 1:25-cv-04869-DEH

Dear Judge Ho:

We act as counsel to Defendants/Counter-Plaintiffs, Parkerose LLC and Finalee, LLC ("**Carnegie Deli**") in the above-referenced action. Pursuant to Your Honor's June 30, 2026 Order [DE 72], and Rule 4(k) of Your Honor's Individual Rules and Practices in Civil Cases, Carnegie Deli hereby files its response to Plaintiff's letter application for a pre-motion conference [DE 71].

This dispute arose in 2019 when A New York entity, Café Europa of 57th Street Inc. ("Café Europa") began operating a restaurant called "Carnegie Diner & Café," ("CDC") infringing upon Carnegie Deli's intellectual property. Carnegie Deli is a ninety (90) year old family business in its third generation of ownership, considered an iconic New York institution, appearing on the cover of Time Magazine. While its flagship restaurant may be temporarily closed, Carnegie Deli is very much a thriving business with a permanent location at Madison Square Garden, only recently appearing on ABC News for the NY Knicks Championship Finals and recognized in the recently released, $990.6 Million grossing film titled 'Michael' about Michael Jackson. Contrary to the limited representations made by Plaintiff, Carnegie Deli has regularly been producing evidence of CDC's infringing actions for six (6) years. In its repeated requests for compliance with the 2021 Settlement Agreement (the "2021 Agreement"), Carnegie Deli has produced evidence of the ongoing customer confusion and damage to Carnegie Deli's brand, goodwill, and loss of profits. Meanwhile, the evidence shows that CDC has a history of infringing on the intellectual property of several iconic New York institutions, including Carnegie Hall, MTA, and I Love New York.

Because of CDC's ongoing and egregious noncompliance with the 2021 Agreement, and because Plaintiff has refused to show any evidence of its standing under the 2021 Agreement (which Carnegie Deli has been requesting for five years), Carnegie Deli was compelled to initiate proceedings to cancel the CDC wordmark and oppose the registration of the CDC logo mark with the Trademark Trial and Appeal Board (TTAB) in 2025. Plaintiff is a New Jersey entity that did not exist at the time of the 2021 Agreement. In response to Carnegie Deli's filings with the TTAB, Plaintiff filed the instant action for declaratory relief, seeking to enforce rights under a 2021 Agreement, for which it has refused to evidence jurisdictional standing. As shown by the New York Department of State division of corporations, Café Europa is still the only entity in New York with rights to trade as CDC, and is now an inactive, defunct, non-operating entity. No other

THOMPSON PLLC, 305 Broadway, Suite 168, New York, New York 10007